**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 22-6328**

―――――――――――

DAQUAIL JOHNSON,

            Petitioner - Appellant,

        v.

HAROLD W. CLARKE, Director of the Virginia Department of Corrections,

            Respondent - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:21-cv-00623-AWA-DEM)

―――――――――――

Submitted:  September 22, 2022                    Decided:  September 27, 2022

―――――――――――

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Daquail Johnson, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daquail Johnson seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 petition for failure to exhaust state remedies. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge recommended dismissing the petition and advised Johnson that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985). Johnson has waived appellate review by failing to file objections to the magistrate judge's recommendation after receiving proper notice.

Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2